**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6480**

---

LAWRENCE TEARL,

Plaintiff - Appellant,

versus

DOCTOR MOHAMED S. MOUBAREK, M.D.; PRISON
HEALTH SERVICES, INCORPORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-3701-S)

---

Submitted: July 23, 1996           Decided: August 5, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lawrence Tearl, Appellant Pro Se. Conrad Whiting Varner, Frederick
W. Goundry, III, MILES & STOCKBRIDGE, Frederick, Maryland; Joseph
Barry Chazen, Gina Marie Smith, MEYERS, BILLINGSLEY, SHIPLEY,
RODBELL & ROSENBAUM, Riverdale, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tearl v. Moubarek</u>, No. CA-95-3701-S (D. Md. Mar. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>